No. 97–6952. NEYSMITH, AKA BLAKE *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 97–6956. BONNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6957. CONWAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6959. RIOS-FAVELA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6962. MARTIN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 97–6963. LEASURE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6966. LAMBROS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6967. SCARPA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–6970. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6971. BRISTOW *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6973. DICKERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6974. HERROD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6976. HYDE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6978. WASHINGTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6981. HOLLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.